PATRICK H. HICKS, ESQ., Bar # 004632
JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION, F/N/A TRENDWEST RESORTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLINTON BYHAM,<br><br>          Plaintiff,<br><br>vs.<br><br>WYNDHAM RESORT DEVELOPMENT CORPORATION, fna TRENDWEST RESORTS and DOE CORPORATIONS I through V,<br><br>          Defendant. | Case No. 2:11-CV-00281-PMP-GWF<br><br>[PROPOSED] ORDER |

IT SO ORDERED.  Defendant WYNDHAM RESORT DEVELOPMENT CORPORATION's, formerly known as TRENDWEST RESORTS, Request for an exemption from the Early Neutral Evaluation ("ENE") attendance requirements to excuse its insurance carrier from appearing in the ENE scheduled for December 1, 2011 is hereby **GRANTED**.

Dated this  31st  day of      October      , 2011

_____
MAGISTRATE JUDGE CARL W. HOFFMAN

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800