PATRICK H. HICKS, ESQ., Bar # 004632
JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION, F/N/A TRENDWEST RESORTS

RICHARD SEGERBLOM, ESQ., Bar # 1010
700 South Third Street
Las Vegas, NV 89101
Telephone:   702.388.9600
Fax No.:      702.385.2909

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLINTON BYHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNDHAM RESORT DEVELOPMENT CORPORATION, fna TRENDWEST RESORTS and DOE CORPORATIONS I through V,<br><br>    Defendant. | **Case No. 2:11-CV-00281-PMP-GWF**<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, CLINTON BYHAM and Defendant, WYNDHAM RESORT DEVELOPMENT CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: January 3, 2012

Respectfully submitted,

/s/ Richard Segerblom, Esq.
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
CLINTON BYHAM

Dated: January 3, 2012

Respectfully submitted,

/s/ Jamie Chu, Esq.
PATRICK H. HICKS, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT
CORPORATION, F/N/A TRENDWEST
RESORTS

**ORDER**

IT IS SO ORDERED.

DATED: January 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:105428513.1 041582.2051

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.